IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GEORGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE,<br><br>　　　　Defendant.　　　　　　　　/ | No. C 07-02475 CW (PR)<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

　　Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983.  On that same date the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application.  The Clerk sent Plaintiff a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.  More than thirty days have passed and Plaintiff has not paid the filing fee, returned the in forma pauperis application or otherwise communicated with the Court.

　　Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  The Clerk of the Court shall close the file.  No filing fee is due.

　　IT IS SO ORDERED.

Dated: 8/1/07

　　　　　　　　　　　　　　　　　　　　　／s／ Claudia Wilken
　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH GEORGE,

    Plaintiff,

v.

/ et al,

    Defendant.

Case Number: CV07-02475 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph A. George T-79867
Pelican Bay State Prison
P.O. Box 7500
A1-224
Crescent City, CA 95532

Dated: August 1, 2007

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

2