IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH GEORGE,

      Plaintiff,

  v.

JOHN DOE,

      Defendant.

_____/

No. C 07-02475 CW (PR)

JUDGMENT

    The Court has dismissed this action without prejudice because Plaintiff failed to complete the in forma pauperis application or pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated:  8/1/07

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

3

4

JOSEPH GEORGE,

Case Number: CV07-02475 CW

Plaintiff,

5

**CERTIFICATE OF SERVICE**

v.

6

7

/ et al,

8

Defendant.

_____/

9

10

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11

12

That on August 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15

Joseph A. George T-79867
Pelican Bay State Prison
P.O. Box 7500
A1-224
Crescent City,  CA 95532

16

17

18

Dated: August 1, 2007

19

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

20

21

22

23

24

25

26

27

28